# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEWSTAR SOURCING AND SERVICE, LLC,<br><br>**Plaintiff,**<br><br>vs.<br><br>VDS-FARMS, LLC,<br><br>**Defendant.** | **8:25CV528**<br><br>**ORDER** |

The parties have settled the claims in this matter following a settlement conference held with the undersigned magistrate judge on June 16, 2026.  Accordingly,

**IT IS ORDERED:**

1.  On or before **July 17, 2026**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 16th day of June, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge